WAWD (Rev: 2/2018) IFP and Written Consent

# UNITED STATES DISTRICT COURT
## Western District of Washington

C Blu

**Plaintiff**

vs.

CITY OF PORT ANGELES, WASHINGTON;
SWIFT SANCHEZ (AKA SWIFT MINKS);
LUKE BROWN;
ELIZIBETH HOLLIS;
JACKSON VANDUSEN; and,
MICHAEL JOHNSON,

**Defendant(s)**

Case Number: 3:23-cv-05992-DGE

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) **C Blu** declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: PLAINTIFF WAS UNDER ASSAULT BY TWO MEN. When a third man entered the scene, and despite his direct observations + LE training, Johnson brutally and with reckless disregard for Plaintiff's safety subjected Plaintiff to Blunt force trauma resulting from jumping on me, to then center himself on my back while I was on my chest, Remaining for minutes while exerting crushing force on Plaintiff's face so. he then pushed me to the hit my face on concrete/pavement, Beating defenseless man is not heroic. 42USC his colleagues then aide + abetted a cover-up in an effort to conceal the truth. - CIVIL RIGHTS VIOLATIONS; §1983

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

    ☒ Yes   Total amount of net monthly salary (take home pay) $ _100⁰⁰ - 500⁰⁰_

    Name and address of employer _Self Employed; Christ 'Jesus'_

    ☒ No   Date of last employment _08-15-23_ Total amount of last net monthly salary $ _Ø_

2. If married, is your spouse presently employed? ☒ Not married

    ☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

    Name and address of employer _____

    ☐ No   Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

    a. Business, profession or other self-employment          $ _5400.⁰⁰_
    b. Income from rent, interest or dividends                $ _- Ø -_
    c. Pensions, annuities or life insurance payments         $ _- Ø -_
    d. Disability, unemployment, workers compensation or public assistance $ _~ 3,000⁰⁰_
    e. Gifts or inheritances                                  $ _-300.⁰⁰_
    f. Money received from child support or alimony           $ _- Ø -_
    g. Describe any other source of income _____          $ _- Ø -_

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ **101.** and change    Checking Account $ **88.61**    Savings Account $ **418.41**

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes

☒ No

$ — ∅ —

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☐ Yes

☒ No

$ — ∅ —

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

WORK TRADE FOR SHELTER
PROPANE ~$25.00    CLOTHING $25.00    OTHER 100.00
FOOD - 450.00 +    TOILETRIES 40.00
FUEL 50.00    PHONE: 25.00

$ ~715.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

EARNED INCOME IS LESS THAN OUTGOING EXPENSES.
SHOULD THE DENY THIS APPLICATION, The Plaintiff would then be effectively barred from seeking redress through this civil Recourse. This cause concerns Fundamental Constitutional Questions, and should therfor be considered of interest to public welfare.

I declare under penalty of perjury that the foregoing is true and correct.

Nov, 1st, 2023

**Executed on: (Date)        Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) __C Blu__

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

Nov. 1st, 2023

**Executed on: (Date)        Signature of Plaintiff (Required)**