UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C BLU,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF PORT ANGELES et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:23-cv-05992-DGE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on its own motion. The deadline for the parties in this case to submit a joint status report was April 8, 2024. (Dkt. No. 8.) The parties failed to file a joint status report by this deadline. A scheduling conference in this case was set for April 26, 2024. (*Id.*) The parties did not contact the Court to re-schedule the conference.

Accordingly, Plaintiff is ORDERED to show cause within 30 days as to why this case should not be dismissed for failure to prosecute and failure to file the joint status report. In the alternative, Plaintiff SHALL work with defense counsel to file the parties' joint status report within 30 days.

ORDER TO SHOW CAUSE - 1

Dated this 29th day of April, 2024.

_____
David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2